# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 29 2010

Stephan Harris, Clerk
Casper

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL COMPLAINT |
| ROMIRO RUIZ-SARABIA aka "El Cate," "El Primo" and "Pelon" | Case No. 10MJ246B |

I, Ely Hebert, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

From on or about March 2010, in the District of Wyoming and elsewhere, the Defendant, **ROMIRO RUIZ-SARABIA aka "El Cate," "El Primo" and "Pelon,"** did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with other persons known and unknown, to possess with intent to distribute, and to distribute, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B).

*(Complaint Continued - Attachment A)*

I further state that I am a Drug Enforcement Administration Special Agent and that this complaint is based on the following facts:

Your Complainant is employed as a Special Agent with the United States Drug Enforcement Administration, and at all times mentioned herein was acting in that official capacity.

*(Affidavit Continued)*

Continued on the attached sheet and made a part hereof: **XX** Yes  No

Signature of Complainant
**Ely Hebert**

Sworn to before me and subscribed in my presence,

| November 29, 2010 | at | Casper, Wyoming |
|---|---|---|
| Date | | City and State |
| **R. Michael Shickich** | | |
| **U.S. Magistrate Judge** | | |
| Name & Title of Judicial Officer | | Signature of Judicial Officer |

## COMPLAINT - Attachment A

### (Romiro Ruiz-Sarabia aka "El Cate," "El Primo" and "Pelon")

### COUNT TWO

From on or about March 2010, in the District of Wyoming and elsewhere, the Defendant, **ROMIRO RUIZ-SARABIA aka "El Cate," "El Primo" and "Pelon,"** did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with other persons known and unknown, to possess with intent to distribute, and to distribute, cocaine.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## SPECIAL AGENT ELY HEBERT

### U.S. vs. Romiro Ruiz-Sarabia aka "El Cate," "El Primo" and "Pelon"

1. As a result of your Complainant's participation in and consultation with other law enforcement personnel in the investigation of matters referred to in this affidavit, your Complainant is familiar with the facts and circumstances of this investigation.

2. On March 25, 2010, Wyoming Division of Criminal Investigations (DCI) agents conducted a controlled purchase for approximately two grams of methamphetamine from **"El Primo De Tamaulipas,"** now known to be **ROMIRO RUIZ-SARABIA aka "El Cate," "El Primo" and "Pelon" (SARABIA)**. During the purchase, **SARABIA** was driving a vehicle utilized by and registered to Jaime CABRERA-GONZALES (CABRERA), an identified co-conspirator.

3. On April 7, 2010, DCI agents conducted a controlled purchase for one-quarter ounce of cocaine and one-half gram of methamphetamine from **SARABIA** in Gillette, Wyoming.

4. On April 9, 2010, agents receive authorization to intercept wire and electronic communications of **SARABIA**.

5. On April 14, 2010, agents learned through authorized telephone intercepts that **SARABIA** would be purchasing "1/2 a snow white" [one-half ounce of cocaine] from his source, at **SARABIAS'** residence located at 82 Antelope Trailer Court in Gillette, Wyoming. This meeting was confirmed by agents conducting surveillance.

6. On April 17, 2010, agents learned through authorized telephone intercepts that **SARABIA** would be selling "two of 100" to customers at the Wal-Mart in Gillette, Wyoming. This meeting was confirmed by agents conducting surveillance.

7. On April 20, 2010, agents learned through authorized telephone intercepts that **SARABIA** was attempting to purchase "one or two windows" (windows is a common word used to describe methamphetamine) from an unknown source of supply. Agents observed **SARABIA** speaking on his telephone simultaneously with the interception of this conversation.

8. On April 28, 2010, agents learned through authorized telephone intercepts that **SARABIA** was directing another individual to deliver cocaine to a customer in Gillette, Wyoming. This transaction was confirmed by surveillance agents.

9. On April 30, 2010, agents learned through authorized telephone intercepts that **SARABIA** would be purchasing one ounce of cocaine from an unnamed, identified individual for $1,300. Surveillance agents observed the vehicles driven by both parties in the same location in Gillette, Wyoming, but were unable to observe the transaction. On the same date, agents learned that **SARABIA** directed another individual to deliver methamphetamine in Gillette, Wyoming.

10. On May 10, 2010 DCI agents learned from a Confidential Source (CS) that **SARABIA** distributed cocaine in Gillette, Wyoming, and drove a red Toyota truck. **SARABIA** was identified by photograph. **SARABIA** was observed by agents, on multiple occasions, driving a red Toyota truck registered to Jaime CABRERA-GONZALES.

11. Based on the foregoing, your Affiant believes that there is probable cause to believe that **ROMIRO RUIZ-SARABIA aka "El Cate," "El Primo" and "Pelon"** has committed violations of federal law from on or about March 2010, to wit: conspiracy to possess with intent to distribute, and to distribute, methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B), and conspiracy to possess with intent to distribute, and to distribute, cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

**FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Ely Hebert, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 29th day of November, 2010.

_____
R. Michael Shickich
United States Magistrate Judge

# PENALTY SUMMARY

**DATE:** November 29, 2010

**DEFENDANT NAME:** ROMIRO RUIZ-SARABIA
aka "El Cate," "El Primo" and "Pelon"

**VICTIM:** NO

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | **Count 1:** | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) (Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine) |
| PENALTIES: | | 5-40 years imprisonment<br>$2,000,000 fine<br>4 years supervised release<br>$100 special assessment<br>Class "B" felony |
| OFFENSE: | **Count 2:** | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) (Conspiracy to Possess with Intent to Distribute, and to Distribute, Cocaine) |
| PENALTIES: | | 0-20 years imprisonment<br>$1,000,000 fine<br>3 years supervised release<br>$100 special assessment<br>Class "C" felony |
| **TOTALS:** | | 5-60 years imprisonment<br>$3,000,000 fine<br>4 years supervised release<br>$200 special assessment |

**AGENT:** Ely Hebert/DEA       **AUSA:** Stephanie I. Sprecher

PENALTY SUMMARY
November 29, 2010
Page 2                                          RE:   ROMIRO RUIZ-SARABIA
                                                      aka "El Cate," "El Primo" and "Pelon"

**ESTIMATED TIME OF TRIAL:**          **INTERPRETER NEEDED:**

__√__  five days or less              __√__  Yes
_____  over five days                 _____  No
_____  other

**THE GOVERNMENT:**

__√__  will                           _____  The court should not grant bond
                                              because the defendant is not bondable
_____  will not                               because there are detainers from other
                                              jurisdictions

      **SEEK DETENTION IN THIS CASE.**